No. 184. GRANT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Wesley R. Asinof* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 186. ISTHMIAN LINES, INC., *v.* STREET. C. A. 2d Cir. Certiorari denied. *Joseph M. Cunningham* and *Vernon S. Jones* for petitioner. *Israel G. Seeger* and *Albert V. Testa* for respondent.

No. 187. BROTHERHOOD OF LOCOMOTIVE ENGINEERS ET AL. *v.* CHICAGO & NORTH WESTERN RAILWAY Co. C. A. 8th Cir. Certiorari denied. *V. C. Shuttleworth* and *H. E. Wilmarth* for petitioners. *Jordan Jay Hillman* for respondent.

No. 189. ATLANTIC MUTUAL INSURANCE Co. *v.* PO- SEIDON SCHIFFAHRT, G.M.B.H. C. A. 7th Cir. Certio- rari denied. *Paul H. Heineke* for petitioner.

No. 190. CONNECTICUT FIRE INSURANCE Co. *v.* ALLEN N. SPOONER & SON, INC. C. A. 2d Cir. Certiorari de- nied. *Leonard J. Matteson* for petitioner. *Hervey C. Allen* for respondent.

No. 202. MILLS ET AL., DOING BUSINESS AS MILLS DAIRY PRODUCTS Co., ET AL. *v.* FREEMAN, SECRETARY OF AGRICULTURE, ET AL. C. A. 4th Cir. Certiorari denied. *George Cochran Doub* for petitioners. *Solicitor General Cox, Assistant Attorney General Douglas, Alan S. Rosen- thal* and *Neil Brooks* for respondents.